# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC; UNILOC 2017 LLC and UNILOC LICENSING USA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON WEB SERVICES, INC.; AMAZON DIGITAL SERVICES, LLC; AMAZON DIGITAL SERVICES, INC.; and AMAZON FULFILLMENT SERVICES, INC.,<br><br>Defendants. | §§§§§§§§§§§§§§§ | No. 2:18-CV-00289-JRG-RSP<br>LEAD CASE |

## ORDER

Having considered the parties's Joint Motion to Stay Pending Completion of Instituted Inter Partes Review [Dkt. # 25], the Court **GRANTS** the motion and **STAYS** all deadlines in this action. The Court **ORDERS** the parties to file a joint status report within 10 days of the PTAB's issuance of its last final written decision in IPR2017-00221, IPR2017-01802, IPR2017-01667, IPR2017-01668, IPR2017-0179801797, or IPR2017-01798.

**SIGNED this 13th day of August, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE